```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA

RAYMOND PAYTON                              CIVIL ACTION

VERSUS                                      NO: 13-406

DISTRICT ATTORNEY LEON CANNIZARRO           SECTION: R(4)
```

## ORDER

Before the Court is Raymond Payton's prisoner complaint (R. Doc. 1) and the Magistrate Judge's Report and Recommendation that the petition be dismissed with prejudice (R. Doc. 4). The Court, having reviewed *de novo* the petition, the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

Raymond Payton's complaint is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __13th__ day of August, 2013.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE